PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00153-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | |
| SARAH MEENAHAN. | JOINT STAUS REPORT AND STIPULATION TO CONTINUE STATUS CONFERENCE |
| Defendant. | |

## BACKGROUND

This matter is currently set for status conference on September 21, 2022.  Doc. 16.  On September 1, 2022, the Court issued a minute order directing the parties to submit a joint status report "informing the court of the status of the case, including whether any change of plea is anticipated, a proposed next date for a status conference or change of plea, and whether defendant agrees to exclude time to the next date."  Doc. 17.  The parties' response appears below.

## STATUS REPORT

The parties are actively involved in plea negotiations, and the government anticipates providing a written plea offer to the defendant on or before the current date of the status conference.

1

The parties agree that the status conference should be continued to November 2, 2022, to allow time to finalize plea negotiations and to continue review of discovery. The parties further agree that time from September 21, 2022, to November 2, 2022, should be excluded for plea negotiation and review of discovery.

## STIPULATION AND ORDER

The parties propose that the Court continue the status conference to November 2, 2022.

The parties agree that time should be excluded from September 21, 2022, until November 2, 2022 under the Speedy Trial Act, 18 U.S.C. § 3161, because the interest of the public and of the defendant in a speedy and public trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

Respectfully submitted,

PHILLP A. TALBERT

United States Attorney

DATED: September 14, 2022         By:/s/ Michael G. Tierney
                                  Michael G. Tierney
                                  Assistant United States Attorney

Dated:  September 14, 2022
                                  By: /s/ Griffin Estes
                                  GRIFFIN ESTES
                                  Attorney for Sarah Meenahan

**O R D E R**

The status conference currently set for September 21, 2022, is continued to November 2, 2022.  Time will be excluded from September 21, 2022 through and including November 2, 2022 under the Speedy Trial Act, 18 U.S.C. § 3161, because the interest of the public and of the defendant in a speedy and public trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

IT IS ORDERED.

DATED: 9/14/2022

*Sheila K. Oberto*
Hon. Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE