ERIC GRANT
United States Attorney
BRENDAN D. DALY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CR-000153 |
| Plaintiff, | ORDER |
| v. | |
| SARAH MEENAHAN, | |
| Defendant. | |

IT IS HEREBY ORDERED that chronological entries and text messages related to the pending allegation made between October 2025 and January 2026, in the United States Probation Office's record-keeping system may be released to Brendan D. Daly, Assistant U.S. Attorney, with the provision that no recipient may disseminate the documents without further order of the Court other than as the Assistant U.S. Attorney finds necessary to provide the documents to Ms. Meenahan or her defense team.

IT IS SO ORDERED.

Dated:   **June 12, 2026**

UNITED STATES DISTRICT JUDGE