IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>SARAH E. MEENAHAN,<br>Defendant. | Case No.: 1:22-CR-00153-001 JLT<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on July 27, 2026, to Time Served,

The defendant has been accepted to Westcare, an inpatient facility.

IT IS HEREBY ORDERED that the defendant shall be released on Tuesday, July 28, 2026 at 8:00am, to Counsel Serita Rios investigator, Charles Hallman, for transportation to Westcare.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: _July 27, 2026_

Jennifer L. Thurston

UNITED STATES DISTRICT JUDGE