**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**1435 L Street**
**Fresno, California 93712**
**Telephone (559) 224-1800**
**Facsimile (559) 224-1806**
**serita@seritarioslaw.com**

Attorney for Defendant SARAH ELIZABETH MEENAHAN

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>SARAH ELIZABETH MEENAHAN,<br>Defendant. | Case No. 1:22-CR-00153-JLT<br>**MOTION TO TERMINATE CJA APPOINTMENT AND ORDER** |

On April 17, 2026, CJA Panel Counsel, Serita Rios, was appointed to represent defendant, Sarah Meenahan, in her criminal case. Ms. Meenahan was sentenced on July 27, 2026; Ms. Meenahan was in custody at sentencing. The time for filing a direct appeal was August 10, 2026, no direct appeal was filed. Ms. Meenahan's criminal case has, therefore, come to an end. Having completed her representation of Ms. Meenahan Counsel, Serita Rios, now moves to terminate her appointment under the Criminal Justice Act.

Should Ms. Meenahan require further legal assistance she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-

5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: August 12, 2026

*/s/ Serita Rios*

**Serita Rios**
Attorney for Defendant

---

**ORDER**

Having found that attorney Serita Rios has completed the services for which she was appointed, the Court hereby grants Counsel Serita Rios' request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant, Sarah Meenahan, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Sarah Meenahan
c/o WestCare
2772 S. Martin Luther King Blvd
Fresno CA 93706

IT IS SO ORDERED.

Dated: September 4, 2026

UNITED STATES DISTRICT JUDGE